# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

NATIONSTAR MORTGAGE, LLC,

        Plaintiffs,

vs.

GRANITE CREST HOMEOWNERS ASSOCIATION, *et al.*,

        Defendants.

2:16-cv-02364-GMN-VCF

**ORDER**

      Before the Court is the Stipulation and Order to Continue Settlement Conference (ECF No. 22).

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that the Stipulation and Order to Continue Settlement Conference (ECF No. 22) is GRANTED.

      The settlement conference scheduled for December 19, 2017 is RESCHEDULED to 10:00 AM, February 9, 2018. All else as stated in the Order (ECF No. 21) scheduling the settlement conference remains unchanged. The settlement conference statements are due by 4:00 PM, February 2, 2018.

      DATED this 12th day of December, 2017.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE