# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

NATIONSTAR MORTGAGE, LLC,

        Plaintiff,

vs.

GRANITE CREST HOMEOWNERS ASSOCIAITON, *et al.*,

        Defendants.

2:16-cv-02364-GMN-VCF

**ORDER**

Before the Court is the Request for Exemption by Nationstar Mortgage (ECF No. 24).

IT IS HEREBY ORDERED that any opposition to the Request for Exemption by Nationstar Mortgage (ECF No. 24) must be filed on or before January 16, 2018.

DATED this 9th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE