# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRANITE CREST HOMEOWNERS ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02364-GMN-VCF<br>**ORDER** |

　　　　Before the Court is the Stipulation and Order to Continue Settlement Conference (ECF No. 27).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the settlement conference scheduled for Friday, February 9, 2018, is VACATED.

　　　　IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 AM, April 10, 2018, in Courtroom 3D. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

　　　　DATED this 5th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE